"0"

FILED
CLERK, U.S. DISTRICT COURT

JUL 26 2016

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA 16-0353M |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| v. | |
| KRISTAL GONZALEZ, | |
| Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California, for alleged violations of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met ~~his~~ her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

*Instant allegations suggest inability to comply with terms/conditions; lack of bail resources; substance abuse history; lack of stable residence/employment.*

1      and

2 B.   ( X ) The defendant has not met ~~his~~ *her* burden of establishing by clear and convincing

3      evidence that ~~he~~ *she* is not likely to pose a danger to the safety of any other person or the

4      community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

5      *Criminal history; substance abuse history; instant allegations suggest inability to comply with*

6      *terms/conditions.*

7      IT THEREFORE IS ORDERED that the defendant be detained pending further

8 proceedings and/or transfer to the charging district, *w/ prejudice to renewed argument*

9 *in San Diego*

10 Dated: 7/25/2016

DOUGLAS F. McCORMICK
United States Magistrate Judge